UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL RAYGOZA VASQUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Michael BERNACKE, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, Immigration and Customs Enforcement; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Jarrod THOMPSON, Cassia County Sheriff responsible for the operations of the Mini Cassia Criminal Justice Center; Mike HOLLINSHEAD, Elmore County Sheriff responsible for the operations of the Elmore County Detention Center,<br><br>　　　　Respondents. | Case No. 1:26-cv-00200-BLW<br><br>**ORDER** |

Pending before the Court is Daniel Raygoza Vasquez's Petition for Habeas

Relief Under 28 U.S.C. § 2241 (Dkt. 1). Petitioner claims he is a Mexican national

ORDER – 1

who entered the United States without inspection in 2022 and has resided in the State of Idaho since that time. *See Petition* ¶ 41, 44, Dkt. 1; *Motion Mem.,* Dkt. 2-2, at 2. Petitioner has been held by Immigration and Customs Enforcement (ICE) since April 1, 2026. *Id.* ¶ 15. He is currently detained at the Mini-Cassia Criminal Justice Center in Burley, Idaho. *Id.* ¶¶ 1, 8. Petitioner contends his detention is unlawful because the Department of Homeland Security (DHS) and the Executive Office of Immigration Review (EOIR) have determined he is subject to mandatory detention without the possibility of bond under 8 U.S.C. § 1225(b)(2)(A). *See id.* ¶ 5. He has filed a Motion for Temporary Restraining Order. *See* Dkt. 2.

Having considered the petition, the Court finds Mr. Raygoza Vasquez may be entitled to relief. The Court will therefore order Respondents to respond to the petition in accordance with the instructions set forth below. *See Danforth v. Minnesota*, 552 U.S. 264, 278 (2008) (court may adjust habeas procedures based on "equitable and prudential considerations"); *Hickey v. Adler*, No. 08-CV-826, 2008 WL 3835764, at *2 (E.D. Cal. 2008) (applying the Rules Governing § 2254 Cases to a § 2241 habeas proceeding, which require the judge to "order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order"). Accordingly, **IT IS ORDERED that:**

1.      Respondents shall file a response to the Petition for Writ of Habeas

ORDER – 2

Corpus (Dkt. 1) and to Petitioner's Motion for Temporary Restraining Order (Dkt. 2) no later than **April 7, 2026**.

2.     Petitioner shall have an opportunity to file a reply by no later than **April 9, 2026**.

3.     Service of the Petition and this Order shall be made by Petitioner on the United States Attorney for the District of Idaho by **April 3, 2026**, and shall constitute good and sufficient service.

4.     To further expedite adjudication of this matter, the Clerk of Court is directed to promptly provide a copy of the Petition and this Order to Justin D. Whatcott and Christine England with the United States Attorney's Office for the District of Idaho via email at justin.whatcott@usdoj.gov and christine.england@usdoj.gov. The Clerk shall also serve a copy of the Petition, Motion for Temporary Restraining Order, and this Order upon Respondents by certified mail.

5.     To preserve the status quo, and pursuant to the All Writs Act, 28 U.S.C. § 1651, Petitioner may not be removed from the United States or the District of Idaho until further order of this Court.

6.     To further preserve the status quo, and protect the Petitioner's right to continued access to counsel, during the briefing and hearing process and until the

ORDER – 3

Court can issue a decision, Respondents may not engage in activities or communications with the Petitioner in an effort to secure the abandonment of his rights in this action or regarding his rights in removal proceedings, without the presence of counsel.

DATED: April 2, 2026

B. Lynn Winmill
United States District Judge

ORDER – 4